

# Fourth Court of Appeals
## San Antonio, Texas

June 15, 2018

No. 04-18-00309-CV

Leticia Garza **GALVAN** and Martie Garcia Vela,
Appellants

v.

Eloy **VERA** and Baldermar Garza,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-18-186
Honorable Joel B. Johnson, Judge Presiding

## O R D E R

Appellants have filed a motion requesting we direct the court reporter to supplement the appellate record with sealed exhibits 14, 17, 26, 27, 28, 30, and 31. Appellants also request access to the sealed exhibits for purposes of appeal.

We **ORDER** the court reporter in the underlying case to supplement the appellate record in this case on or before **July 2, 2018**, with exhibits 14, 17, 26, 27, 28, 30, and 31.

We further **GRANT** appellants' request for access to the sealed exhibits for purposes of appeal, and appellants' attorney is directed to contact the Clerk of this court to make arrangements to review the sealed record. If appellees desire to access the sealed record at a later date, appellees also must contact the Clerk of this court to make the necessary arrangements. All parties and their attorneys are ORDERED: (1) to fully comply with the instructions provided by the Clerk of this court regarding their access to the sealed record; and (2) not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs.

In the event appellants or appellees reference the sealed record in their respective briefs, they are ORDERED to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of June, 2018.

KEITH E. HOTTLE,
Clerk of Court